522 A.2d 1

**Glenda ROBBINS, Appellant,**

v.

**The TRAVELERS INSURANCE COMPANY and Pennsylvania Assigned Claims Plan.**

Supreme Court of Pennsylvania.

Argued March 11, 1987.

Filed March 23, 1987.

Richard C. Angino, Angino and Rovner, P.C., Harrisburg, John G. Achille, Brookville, for appellant.

Edward B. McDaid, amicus curiae, Philadelphia, for Pa. Trial Lawyers Assoc.

David M. McCormick, Philadelphia, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

474

### ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., dissents.